**Order entered November 26, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00567-CV

### DARLENE C. AMRHEIN, Appellant

### V.

### ATTORNEY LENNIE F. BOLLINGER, AND WORMINTON & BOLLINGER LAW FIRM, Appellees

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-02654-2017**

## ORDER

Before the Court is appellant's November 20, 2018 motion to supplement, correct and complete the court record and for extension of time to file an amended brief that complies with the requirements of the rules of appellate procedure. Appellant asserts in the motion that the clerk's record is incomplete and has "mixed [and] blurred" documents, some duplicate documents, and some documents that are "unnumbered [and] out of sequence." She also generally asserts there are "Court Reporter Transcripts missing." Appellant states she is scheduled for two surgeries on December 4, 2018 and asks that the corrected record be filed during her "recovery" period. She also asks the deadline for filing her amended brief be extended to thirty days after she is medically released and has recovered from the surgeries.

We note the appeal was submitted without a reporter's record after we construed a motion filed by appellant on October 2, 2018 as a statement that the reporter's record would not be filed.  We further note appellant does not specify what documents are problematic, and a cursory review of the 2200-page clerk's record does not support appellant's assertions that some documents are unnumbered and blurred.  Appellant also does not specify what documents are missing.  Accordingly, we **DENY** the motion as it pertains to the record.  As to the extension request, we **GRANT** the motion to the extent we **ORDER** the amended brief be filed no later than January 10, 2019.

/s/     DAVID EVANS
JUSTICE